IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLINTON LAIR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRANCH MD, et al.,<br><br>　　　　Defendants. | No. C 15-02772 HRL (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner proceeding <u>pro se</u>, filed a complaint pursuant to 42 U.S.C. § 1983. On June 26, 2015, the Court issued an order of dismissal with leave to amend. (Docket No. 5.) Plaintiff was informed that failure to file an amended complaint within the time specified would result in the dismissal of his case without prejudice and without further notice to Plaintiff. (<u>Id.</u> at 4-5.) The deadline has since passed, and Plaintiff has failed to comply. Accordingly, Plaintiff's case is DISMISSED without prejudice. The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

DATED: 8/7/15

HOWARD R. LLOYD
United States Magistrate Judge

Order of Dismissal
P:\PRO-SE\HRL\CR.15\02772Lair_dism(am compl).wpd